THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>    v.<br><br>MICHAEL MOORE-HILL,<br><br>                Defendant. | CASE NO. CR23-0107-JCC<br><br>ORDER |

      This matter comes before the Court on Defendant's Unopposed Motion to Continue Trial and Pretrial Motions Deadline (Dkt. No. 21). On June 23, 2023, Michael Moore-Hill appeared before United States Magistrate Judge Brian A. Tsuchida for his initial appearance, following his arrest on charges of Damage or Attempted Damage to United States Government Property, in violation of 18 U.S.C. § 1361. (*See* Dkt. Nos. 1, 5.) At the June 27, 2023 detention hearing, Mr. Moore-Hill was released on bond. (*See* Dkt. Nos. 11, 12.) An Indictment was filed on July 5, 2023, and Mr. Moore-Hill appeared for arraignment on August 4, 2023, where he pleaded not guilty to the charges. (*See* Dkt. Nos. 14, 20.) Trial was set for September 11, 2023, with pretrial motions due by August 25, 2023. (Dkt. No. 20.)

      The government provided initial discovery in this case on July 7, 2023. (*See* Dkt. No. 21.) Defendant asserts that, while the materials are not particularly extensive, the nature of the

charges and the discovery necessitate independent defense investigation. (*Id.*) The defense is working to obtain records and other information that is relevant to the charges, and its investigation is ongoing. (*Id.*) Defendant has executed a speedy trial waiver acknowledging that he is giving up his speedy trial right under the Sixth Amendment and the Speedy Trial Act, 18 U.S.C. §§ 3161–3174. (Dkt. No. 22.)

Having thoroughly considered the parties' briefing and the relevant record, the Court FINDS as follows:

1. The failure to grant a continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv), and would result in a miscarriage of justice within the meaning of 18 U.S.C. § 3161(h)(7)(B)(i).
2. The ends of justice will be served by granting a continuance, as it is necessary to ensure adequate time for case preparation, and the ends of justice served outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

For the foregoing reasons, the Court GRANTS Defendant's motion to continue trial and the pretrial motions deadline (Dkt. No. 21). The trial is hereby CONTINUED to October 23, 2023, at 9:30 a.m. The Court further ORDERS that the time between the date of this order and October 23, 2023, is excludable time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A). (B)(ii) and (B)(iv). The Court DIRECTS the parties to file pretrial motions no later than September 25, 2023.

DATED this 1st day of September 2023.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE