THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>     v.<br><br>MICHAEL MOORE-HILL,<br><br>                    Defendant. | CASE NO. CR23-0107-JCC<br><br>ORDER |

This matter comes before the Court on Defendant's unopposed motion to continue trial and the pretrial motions deadline (Dkt. No. 24). Having thoroughly considered the briefing, the Court GRANTS the requests for the reasons described herein.

Mr. Michael Moore-Hill is charged with two counts of Damage or Attempted Damage to United States Government Property, in violation of 18 U.S.C. § 1361. (*See* Dkt. Nos. 1, 5.) On August 4, 2023, Mr. Moore-Hill appeared for arraignment where he pleaded not guilty to the charges. (*See* Dkt. Nos. 14, 20.) Trial was set for September 11, 2023, with pretrial motions due by August 25, 2023. (Dkt. No. 20.) On September 1, 2023, the Court granted Defendant's unopposed motion to continue the trial date to October 23, 2023, with pretrial motions due by September 25, 2023. (Dkt. No. 23.)

The Government provided additional discovery in this case on August 31 and September

ORDER
CR23-0107-JCC
PAGE - 1

19, 2023. (*See* Dkt. No. 24.) Defendant moves to continue trial to April 9, 2024, citing the need for additional time to review discovery and begin the process of possible resolution and negotiation with the Government. (*Id.*) Defendant has executed a speedy trial waiver acknowledging that he is giving up his speedy trial right under the Sixth Amendment and the Speedy Trial Act, 18 U.S.C. §§ 3161–3174. (Dkt. No. 25.)

Having thoroughly considered the parties' briefing and the relevant record, the Court FINDS as follows:

1. The failure to grant a continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv), and would result in a miscarriage of justice within the meaning of 18 U.S.C. § 3161(h)(7)(B)(i).

2. The ends of justice will be served by granting a continuance, as it is necessary to ensure adequate time for case preparation, and the ends of justice served outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

For the foregoing reasons, the Court GRANTS Defendant's motion to continue trial and the pretrial motions deadline (Dkt. No. 24). The trial is hereby CONTINUED to April 9, 2024. The Court further ORDERS that the time between the date of this order and April 9, 2024, is excludable time under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). The Court DIRECTS the parties to file pretrial motions no later than March 12, 2024.

DATED this 12th day of October 2023.

John C. Coughenour
UNITED STATES DISTRICT JUDGE