THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITES STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL MOORE-HILL,<br><br>　　　　　　Defendant. | CASE NO. CR23-0107-JCC<br><br>MINUTE ORDER |

　　　The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

　　　This matter comes before the Court on the Government's unopposed motion (Dkt. No. 31) to re-note Defendant's motion to sever (Dkt. No. 29). The motion (Dkt. No. 31) is GRANTED. The Clerk of Court is DIRECTED to re-note Defendant's motion (Dkt. No. 29) to April 8, 2024. The Government's response is due by April 1, 2024, and Defendant's optional reply is due by April 8, 2024.

//

//

//

//

//

MINUTE ORDER
C23-0107-JCC
PAGE - 1

DATED this 14th day of March 2024.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk
