Judge John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>MICHAEL MOORE-HILL,<br><br>Defendant. | NO. CR23-107-JCC<br><br>[~~Proposed~~] ORDER FOR STIPULATED MOTION TO DISMISS WITHOUT PREJUDICE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |

Having reviewed and considered the Parties' Stipulated Motion to Dismiss Without Prejudice and Exclude Time Under the Speedy Trial Act (the "Motion") and the facts stated therein, as well as in the Parties' Deferred Prosecution Agreement, as attached to the Motion and accepted by the Court on May 2, 2024, the Court GRANTS the Motion.

IT IS HEREBY ORDERED that the Indictment in the above-referenced case against Defendant Michael Moore-Hill be dismissed without prejudice. It is FURTHER ORDERED that the time from May 2, 2024, through and including May 2, 2025, shall be excluded from computation under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(2). It is ORDERED that Defendant Moore-Hill be released from custody upon entry of this order.

//

[~~PROPOSED~~] Order - 1
*United States v. Moore-Hill*, CR23-107 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  IT IS SO ORDERED.

2  DATED this 2nd day of May 2024.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

9  Presented by:

11  */s/ Grace W. Zoller*
GRACE W. ZOLLER
12  Assistant United States Attorney

[~~PROPOSED~~] Order - 2
*United States v. Moore-Hill*, CR23-107 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970